IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY TYRONE FOSTER,

      Plaintiff,                    No. CIV S-06-1968 GEB GGH P

    vs.

L. LESANE, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's amended complaint filed October 12, 2006.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Lesane, Hollinger.

        2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed October 12, 2006.

        3. Within thirty days from the date of this order, plaintiff shall complete the

1

attached Notice of Submission of Documents and submit the following documents to the court:

  a. The completed Notice of Submission of Documents;

  b. One completed summons;

  c. One completed USM-285 form for each defendant listed in number 3 above; and

  d. Three copies of the endorsed amended complaint filed October 12, 2006.

 4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 12/26/06            /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

fost1968.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY TYRONE FOSTER,

    Plaintiff,                              No. CIV S-06-1968 GEB GGH P

    vs.

L. LESANE, et al.,                        NOTICE OF SUBMISSION

    Defendants.                      OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the _____
                            Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff