IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY TYRONE FOSTER,

        Plaintiff,                    No. CIV S-06-1968 GEB GGH P

    vs.

L. LESANE, et al.,

        Defendants.              <u>ORDER</u>

/

        On July 18, 2007, plaintiff requested that this action be dismissed. On August 27, 2007, plaintiff filed a letter with the court stating that he does not understand why he must continue to pay the $350 filing fee if he voluntarily dismisses this action.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a), 1915(b)(1). Voluntarily dismissing this action does not relieve plaintiff of the obligation to pay the filing fee.

/////

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff is granted ten days from
2 the date of this order to notify the court whether he still intends to voluntarily dismiss this action;
3 if plaintiff does not respond to this order, this action will be dismissed.
4 DATED: 10/22/07

                                                                     /s/ Gregory G. Hollows
                                                                     UNITED STATES MAGISTRATE JUDGE

7 fost1968.ord