IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY TYRONE FOSTER,

    Plaintiff,                                    No. CIV S-06-1968 GEB GGH P

    vs.

L. LESANE, et al.,                          FINDINGS AND RECOMMENDATIONS

    Defendants.

_____/

        On July 18, 2007, plaintiff requested that this action be dismissed. On August 27, 2007, plaintiff filed a letter with the court stating that he does not understand why he must continue to pay the $350 filing fee if he voluntarily dismisses this action.

        On October 22, 2007, the court issued an order informing plaintiff that he is required to pay the statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a), 1915(b)(1). Voluntarily dismissing this action does not relieve plaintiff of the obligation to pay the filing fee. The court granted plaintiff ten days to notify the court whether he intended to voluntarily dismiss this action. The court stated that if plaintiff did not respond to this order, this action would be dismissed.

        Ten days passed and plaintiff did not respond to the October 22, 2007, order. Accordingly, the court recommends that this action be dismissed based on plaintiff's failure to


respond to the October 22, 2007, order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: 12/3/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

fos1968.dis